```
 1
 2
 3
 4
 5
 6
 7
 8                         UNITED STATES DISTRICT COURT
 9                        NORTHERN DISTRICT OF CALIFORNIA
10
11   DUANE CURREY,                    )
                                      )
12              Plaintiff(s),         )   No. C09-0276 BZ
                                      )
13        v.                          )
                                      )   BRIEFING ORDER
14   HOMECOMINGS FINANCIAL, LLC       )
     f/k/a HOMECOMINGS FINANCIAL      )
15   NETWORK, INC., a Delaware        )
     Corp.,                           )
16                                    )
                Defendant(s).         )
17   ─────────────────────────────────)
```

18      Defendants have scheduled a motion to dismiss the complaint on a date when the court is unavailable. **IT IS THEREFORE ORDERED** that the hearing scheduled for May 6, 2009 is continued to **Wednesday, May 20, 2009 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  By **March 4, 2009**, plaintiff shall consent to or decline magistrate judge jurisdiction.  The form to consent to or decline magistrate judge jurisdiction may be found on the court's website at: http://www.cand.uscourts.gov.  If plaintiff consents, his opposition shall be filed by **March 18, 2009**.  Defendant's

1

1 | reply shall be filed by **March 27, 2009**.
2 |     If plaintiff does not consent, the case will be
3 | reassigned to a district judge.
4 | Dated: February 17, 2009

                                     Bernard Zimmerman
                                 United States Magistrate Judge

G:\BZALL\-BZCASES\CURREY V. HOMECOMINGS\BRIEFING ORDER.wpd